# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN J. SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>GAREILAZO, et al.,<br><br>Defendants. | Case No. 1:26-cv-05352-SAB (PC)<br><br>ORDER GRANTING MOTION TO VACATE ANSWER DEADLINE<br><br>ORDER REGARDING MOTION TO REVOKE PLAINTIFF'S PRISONER *IN FORMA PAUPERIS* STATUS<br><br>(ECF No. 14, 15) |

Pending before the Court are two related motions filed by Defendants. The first motion asks the Court to revoke Plaintiff's prisoner *in forma pauperis* status and require Plaintiff to either pay the remaining balance of the filing fee or file a non-prisoner application to proceed *in forma pauperis*. Until Plaintiff pays the filing fee or is allowed to proceed *in forma pauperis* as a non-prisoner, Defendants request the answer deadline be vacated.

In support of their motions, Defendants have provided a declaration from attorney Isabella K. Ouliguian who has provided correspondence with Valley State Prison where the prison states Plaintiff was released from custody, as well as a search of the CIRIS demonstrating that there are no results for Plaintiff in CDCR. (ECF No. 14-1.)

Rather than revoking Plaintiff's prisoner *in forma pauperis* status at this moment, the Court will first direct Plaintiff to pay the remaining filing fee, file an application to proceed *in*

*forma pauperis* as a non-prisoner, or demonstrate that Plaintiff is still incarcerated.[1] Should Plaintiff fail to respond to this order, the Court will consider issuing findings and recommendations recommending that this matter be dismissed for failure to prosecute and/or failure to comply with a court order.

Accordingly, when Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, he was incarcerated at Valley State Prison. It appears that Plaintiff is no longer incarcerated based on a declaration filed by attorney Ouliguian. (ECF No. 14-1.) Thus, Plaintiff must submit a non-prisoner application to proceed *in forma pauperis* or pay the $400.00 filing fee in full.

Accordingly, the Court ORDERS that:

1. The Clerk's Office shall send Plaintiff a regular civil *in forma pauperis* application;
2. Within 30 days from the date of service of this order, Plaintiff shall either file a completed regular civil *in forma pauperis* application or pay the $400.00 filing fee in full. Alternatively, Plaintiff may demonstrate that he remains in custody;
3. Until this issue is resolved, the answer deadline for Defendants is VACATED; this order disposes of ECF Nos. 14, 15; and
4. **Failure by Plaintiff to comply with this order shall result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **November 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] The Court notes that in one of the cases cited by Defendants, there had been an error in understanding as to the status of the plaintiff's incarceration. See Flores v. California Correctional Women's Facility, No. 1:19-cv-01509-DAD-CDB, ECF No. 19 (E.D. Cal. June 24, 2020), citing id. at ECF No. 10. Thus, the Court finds the approach taken in this order to be the cautious yet expeditious path in deciding this issue.